[No. 2796–3.  Division Three.  February 14, 1979.]

DANNY BROOKS, *Appellant,* v. B. J. RHAY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 68901, James B. Mitchell, J., entered February 3, 1978. *Affirmed* by unpublished per curiam opinion.

[No. 2654–3.  Division Three.  February 15, 1979.]

DAVID BUNCH, *Appellant,* v. RUBY RAY, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 68708, Phelps Gose, J., entered November 21, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and Munson, J.

[Nos. 2650–3; 2651–3.  Division Three.  February 15, 1979.]

RAY BURDEN, *Respondent,* v. CHARLES R. THOMAS, ET AL, *Appellants.*

ROY C. ANDERSON, *Respondent,* v. CHARLES R. THOMAS, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Franklin County, Nos. 21329, 21356, Albert J. Yencopal, J., entered October 28 and November 4, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.